```
PHILLIP A. TALBERT
United States Attorney
JUSTIN LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```



FILED
Dec 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Two Yahoo email accounts, Beginning with mattland2006@yahoo.com | CASE NO.  2:22-SW-0267 CKD<br><br>ORDER TO PRECLUDE NOTICE PURSUANT TO 18 U.S.C. § 2705(b)<br><br>**UNDER SEAL** |

### ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b), YAHOO, INC shall not disclose the existence of the search warrant, the application, or this Order of the Court, to the listed subscriber or to any other person, until March 1, 2024.

The Court determines that there is reason to believe that notification of the existence of the underlying search warrant will seriously jeopardize the investigation or unduly delay a trial, including: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, and/or change patterns of behavior.  *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO, INC shall not disclose the existence of the underlying search warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that YAHOO, INC

may disclose the search warrant to an attorney for YAHOO, INC for the purpose of receiving legal advice.

      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 12/14/2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE