PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

**FILED**

**Jun 25, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>**Two Yahoo email accounts, Beginning with mattland2006@yahoo.com** | 2:22-SW-0267-CKD<br><br>**ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: June 25, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE